## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| **KENNY GREEN** | : | **Case No. _____** |
| | : | |
| **Plaintiff,** | : | **Judge _____** |
| | : | |
| **vs.** | : | |
| | : | |
| **PORTFOLIO RECOVERY ASSOCIATES,** | : | **DEFENDANT PORTFOLIO RECOVERY** |
| **LLC,** | : | **ASSOCIATES, LLC'S NOTICE OF** |
| | : | **REMOVAL** |
| **Defendant.** | | |

Pursuant to 28 U.S.C. §1441, Defendant/Petitioner Portfolio Recovery Associates, LLC ("PRA") seeks removal to this Court.  In support thereof, PRA states as follows:

1.     PRA is the only defendant in a civil action entitled *Kenny Green v. Portfolio Recovery Associates, LLC*, Case No. CVI-22-16375.  This action was filed in the Toledo Municipal Court, Lucas County, Ohio.  This Notice of Removal is filed on behalf of PRA.

2.     This action was filed on December 19, 2022.  PRA was first served with the Summons and Complaint on December 29, 2022.  A copy of the Summons and Complaint is attached as Exhibit A.  Exhibit A includes all process and pleadings served upon PRA.  No further action has been taken in the Toledo Municipal Court.

3.     Plaintiff's Complaint involves a claim that PRA violated the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, by allegedly "fail[ing] to provide requested original validation documentation."  Plaintiff seeks $909 in damages.

4.     Because an action under the FDCPA is a civil action arising under the Constitution, laws, or treaties of the United States, the United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

5.      This Notice of Removal is filed within 30 days after receipt by PRA of a copy of the pleadings first setting forth the claim for relief under the FCRFDCPAA, by service of process or otherwise, and is timely filed pursuant to 28 U.S.C. § 1446(b).

7.      Notice of the filing of the notice of removal will be given to all parties and the Clerk of Court in accordance with 28 U.S.C. § 1446(d), and this Notice of Removal is being served per the Certificate of Service.

* * *

WHEREFORE, Petitioner Portfolio Recovery Associates, LLC respectfully requests that this action be removed to this Court.

Respectfully submitted,


_/s/ Elizabeth M. Shaffer_
Elizabeth M. Shaffer (0076449)
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977.8200
Facsimile: (513) 977.8141
elizabeth.shaffer@dinsmore.com

_Attorney for Defendant_
_Portfolio Recovery Associates, LLC_

## <u>CERTIFICATE OF SERVICE</u>

On January 20, 2023, I electronically filed the foregoing through the ECF system. A copy was also served via email and U.S. mail upon the following:

Kenny Green
P.O. Box 69
Toledo, Ohio 43697
kennytroygreen216@gmail.com

*Pro Se Plaintiff*

/s/ *Elizabeth M. Shaffer*
Attorney for Defendant