UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenny Green,                                             Case No. 3:23-cv-114

        Plaintiff

   v.                                               ORDER OF DISMISSAL

Portfolio Recovery Associates, LLC,

        Defendant

On December 19, 2022, *pro se* plaintiff Kenny Green filed a complaint against Portfolio Recovery Associates, LLC ("PRA"), in the Toledo Municipal Court, Lucas County, Ohio Case No. CVI-22-16375, purportedly alleging PRA violated the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, by claiming PRA "failed to provide requested original validation documentation" on a debt. (Doc. No. 1-1).

On January 20, 2023, PRA removed the matter to this Court. (Doc. No. 1). On January 24, 2023, PRA filed a notice of prior underlying case dismissal. (Doc. No. 6). In its notice, PRA stated that after removal, it learned that Plaintiff had voluntarily dismissed the state court action on January 6, 2023. (*Id.* at 1). In support, PRA submitted the notice of dismissal from the Municipal Court. (Doc. No. 8).

PRA asserts that because Plaintiff dismissed the state court action before PRA filed its notice of removal, there was no active case for PRA to remove to this Court. Therefore, PRA seeks termination of this action. I agree and dismiss the action, accordingly.

So Ordered.

                                                                           s/ Jeffrey J. Helmick
                                                                           United States District Judge